Joseph H. PRIMAKOW and Walter C. Rawles, Plaintiffs in Error, v. William C. HECHT, as United States Marshal, etc., Defendant in Error.

(Circuit Court of Appeals, Second Circuit. February 20, 1925.)

No. 235.

In Error to and Appeal from the District Court of the United States for the Southern District of New York.

Appeal from order dismissing writ of habeas corpus entered in the District Court for the Southern District of New York.

B. F. Siegelstein, of New York City, for appellants.

William Hayward, U. S. Atty., of New York City (Moses Polakoff, Asst. U. S. Atty., of New York City, of counsel), opposed.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Order (7 F.[2d] 133) affirmed.